IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC KIRSCHNER, | § | |
| Plaintiff, | § § § | Civil No. 3:22-CV-253-E |
| v. | § § | |
| MARK OKADA, et al. | § § | |
| Defendant. | § § | |

## ORDER OF TRANSFER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Karen Scholer, before whom a related case with a lower number, viz., 3:22-CV-203-S, is pending, and shall henceforth carry the suffix letter "S."

**SO ORDERED:** March 15, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE